AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CALVIN ROBERSON, a.k.a. "Cutty" | ) | Case No. |
|  | ) | 3:21MJ 123 (TOF) |
|  | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 5 through 26, 2020 in the county of Hartford in the District of Connecticut, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1201(a)(1), 1201(c), and 924(j) | kidnapping resulting in death; conspiracy to commit kidnapping; and causing the death of a person through the use of a firearm |

This criminal complaint is based on these facts:

See attached affidavit of Dennis DeMatteo, TFO, FBI

☐ Continued on the attached sheet.

*Dennis DeMatteo*
Digitally signed by Dennis DeMatteo
Date: 2021.02.05 12:41:14 -05'00'

*Complainant's signature*

Dennis DeMatteo, TFO, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 02/05/2021

/S/ TOF  Date: 2021.02.05 12:58:06 -05'00'
*Judge's signature*

City and state: Hartford, Connecticut

Thomas O. Farrish
*Printed name and title*